IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3026 |
| vs. | |
| ANGELO BENJAMIN YBARRA, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Jonathan M. Braaten's motion to withdraw, (Filing No. 20), is granted.

2) The clerk shall delete Mr. Braaten from any future ECF notifications herein.

March 19, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge